# EXHIBIT A

I'd like to thank you for taking your time to read this letter. I'm a father of a young boy who is 3 months older then this case (since day of arrest). His birth has changed my life in so many ways and has made me realize the type of man I have to be. Growing up in South Central Los Angeles without a father turned me to the streets at a young age. My son Robert Curtis Barnett Jr is my second chance. Clearing my past is the only way for me to move forward so for this I'm thankful. Just being here I've let down so many people it's shameful. There has been points in my life where I questioned my actions, but not wanting to look weak made me do otherwise. Now in jail 30 months later not able to help my struggling family, or be there for a child who didn't ask to be bought into this world seems weak. The irony is that these last 30 months have been the first time in my life I haven't been struggling for survival, and could really take time to reflect on my past & where my future is going. I understand now dealing with my childhood issues and not allowing them to control my actions, puts me in a better

My son Robert has given me more focus then ever. Setting short term and long term goals for myself such as becoming a "Trucking Broker" and "Basket Ball Coach" has me wanting to push for a better life. The role I played in this case shows little regard for people who come from where I come from, I'm not that type of person. What am I suppose to say to someone in control of my future? Sorry isnt good enough, as a man I now know better this will never happen agin!!! My prayers go out to those effected by people making the wrong choices.

Thank You Agin

Robert Barnett