# EXHIBIT C

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. BA403850                                           PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.       CURRENT DATE 02/19/16
DEFENDANT 01:  ROBERT CURTIS BARNETT
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LASD - SPECIAL INVESTIGATION

BAIL: APPEARANCE   AMOUNT    DATE      RECEIPT OR   SURETY COMPANY   REGISTER
         DATE      OF BAIL   POSTED    BOND NO.                      NUMBER

CASE FILED ON 10/22/12.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 10/18/12 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
   COUNT 01: 11350(A) H&S FEL
   ALLEGED PRIOR CONVICTION ON COUNT 01 FOR 245(A)(2) PC ON 03/25/08 IN L.A.
    COUNTY SUPERIOR JUDICIAL DISTRICT UNDER CASE NUMBER BA308998.
NEXT SCHEDULED EVENT:
 10/22/12   830 AM  ARRAIGNMENT   DIST CRIM JUSTICE CTR (LAC) DEPT 030


ON 10/22/12 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 030

CASE CALLED FOR ARRAIGNMENT
PARTIES: SHELLY TORREALBA (JUDGE)  TED LAI  (CLERK)
              DOREEN M. YOUNG  (REP)     JAVAN WYGAL  (DDA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.
PUBLIC DEFENDER DECLARES CONFLICT OF INTEREST.
ALTERNATE PUBLIC DEFENDER, LEE E. ROSEN, APPOINTED
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY LEE E. ROSEN ALTERNATE PUBLIC
   DEFENDER
DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.
THE COMPLAINT READ TO THE DEFENDANT.
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT'S FINANCIAL STATEMENT FILED.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
   CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 11350(A) H&S.
   COURT ORDERS AND FINDINGS:

   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   -TIME ESTIMATE IS 30 MINUTES.
   *TCIS ENTRY BY JA A.MARES*
BAIL SET AT $95,000.
NEXT SCHEDULED EVENT:
10/24/12   830 AM  EARLY DISPOSITION HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT
 050
NEXT SCHEDULED EVENT :
 11/05/12   830 AM  PRELIMINARY HEARING   DIST CRIM JUSTICE CTR (LAC) DEPT 036
DAY 10 OF 10

CUSTODY STATUS: REMANDED TO CUSTODY


ON 10/24/12 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR EARLY DISPOSITION HEARING
PARTIES: DAVID M. HORWITZ (JUDGE)  MIRIAM GONZALEZ  (CLERK)
              JANICE CORRADI      (REP)  DENNIS POEY  (DA)

CASE NO. BA403850                          PAGE NO.   2
DEF NO.  01                                DATE PRINTED 02/19/16

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JERI POLEN ALTERNATE PUBLIC
  DEFENDER
BAIL SET AT $95,000
  TIME WAIVED + 10 DAYS.
  .
  MATTER CONTINUED TO 11/09/12 IN DEPARTMENT 32 FOR
  PRELIMINARY HEARING SETTING/RESETTING.
  .
  DEFENDANT WAIVES TIME.
  COUNSEL JOINS IN THE TIME WAIVER.
  .
  PRELIMINARY HEARING PREVIOUSLY SET FOR THE DATE OF 11/05/12
  IN DEPARTMENT 36 IS ADVANCED AND VACATED.
  .
  -- ENTRY DONE BY S. CHAKRYAN --
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
  11/09/12   830 AM  PRELIM SETTING/RESETTING   DIST CRIM JUSTICE CTR (LAC)
    DEPT 050
DAY 00 OF 10

CUSTODY STATUS: DEFENDANT REMANDED


ON 11/09/12 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: DAVID M. HORWITZ (JUDGE)  LORRAINE VALDEZ  (CLERK)
             NONE      (REP)  DENNIS POEY  (DA)
THE DEFENDANT FAILS TO APPEAR, WITH SUFFICIENT EXCUSE. (MISS-OUT) AND
  REPRESENTED BY JERI POLEN ALTERNATE PUBLIC DEFENDER
BAIL SET AT $95,000
  THE DEFENDANT IS A CUSTODY MISS-OUT.
  .
  MATTER TRAILS TO THE DATE OF 11-13-12 IN DEPARTMENT 50 AT
  8:30 A.M. AS DAY 1 OF 10.
  .

  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  11/13/12   830 AM  PRELIM SETTING/RESETTING   DIST CRIM JUSTICE CTR (LAC)
    DEPT 050
DAY 01 OF 10

CUSTODY STATUS: REMANDED TO CUSTODY


ON 11/13/12 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: DAVID M. HORWITZ (JUDGE)  LORRAINE VALDEZ  (CLERK)
             PHYLLIS YOUNG  (REP)     DENNIS POEY  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JERI POLEN ALTERNATE PUBLIC
  DEFENDER
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
  CONSTITUTIONAL AND STATUTORY RIGHTS.

CASE NO. BA403850                          PAGE NO.   3
DEF NO.  01                                DATE PRINTED 02/19/16

DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
JURY TRIAL OR COURT TRIAL AND PRELIMINARY HEARING
    CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
    SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
    AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
 THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
    COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;
 THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
    THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
    EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
    SAME OR SIMILAR OFFENSES;
 THE EFFECTS OF PROBATION;
 IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
    OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
    DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
    NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.

THE COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND
    EXPLICITLY MADE; COUNSEL JOINS IN THE WAIVERS
UPON MOTION OF DEFENDANT, PLEA TO COUNT 01 VACATED AND SET ASIDE, AND NEW AND
    DIFFERENT PLEA OF GUILTY ENTERED.
COUNT (01) : DISPOSITION: CONVICTED
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
    -ENROLL IN AN INPATIENT RESIDENTIAL TREATMENT PROGRAM FOR DRUGS.
    -OBEY ALL RULES AND REGULATIONS OF THE PROGRAM.
    -REMAIN IN THE PROGRAM UNTIL AUTHORIZED FOR RELEASE BY THE
       PROGRAM DIRECTOR, PROBATION OFFICER, OR AN ORDER OF THE COURT.
       THE PROGRAM DIRECTOR TO NOTIFY THE COURT IF THE DEFENDANT DOES
       NOT COMPLY.
DEFENDANT ADMITS THE PRIOR CONVICTION OF THE CRIME IN VIOLATION AS TO COUNT 01
    OF SECTION 245(A)(2) PC, ON AND ABOUT 03/25/08 IN THE L.A. COUNTY SUPERIOR
    JUDICIAL DISTRICT UNDER CASE NUMBER BA308998
DEFENDANT IS ADVISED OF HIS RIGHT TO A SPEEDY TRIAL AND WAIVES STATUTORY TIME
    FOR TRIAL.
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
    ACCEPTS PLEA.
    OPEN PLEA TAKEN BY THE COURT OVER PEOPLE'S OBJECTION.


    THE DEFENDANT ADMITS THE ABOVE PRIOR CONVICTIONS AS ALLEGED
    IN THE COMPLAINT.
    UPON SUCCESSFUL COMPLETION OF THE RESIDENTIAL PROGRAM THE
    COURT IS TO STRIKE THE PRIORS FOR THE PURPOSE OF THIS PLEA ONLY

    DEFENDANT IS TO ENROLL AND COMPLETE A ONE (1) YEAR LIVE-IN
    DRUG TREATMENT PROGRAM.

    UPON COMPLETION OF THE PROGRAM, THE DEFENDANT IS TO BE SENTENCED
    TO A PROBATIONARY SENTENCE AND CREDIT FOR TIME SERVED.

    DEFENDANT IS ADVISED THAT FAILING TO COMPLETE THE PROGRAM,
    WALKING AWAY FROM THE PROGRAM OR BEING ARRESTED ON A NEW CHARGE
    WILL RESULT IN A STATE PRISON SENTENCE UP AND INCLUDING THE

CASE NO. BA403850                          PAGE NO.   4
DEF NO.  01                                DATE PRINTED 02/19/16

  MAXIMUM SENTENCE.
  .
  DEFENDANT IS ORDERED TO RETURN TO THIS DEPARTMENT ON 11-12-13 AT
  8:30 A.M. WITH PROOF OF COMPLETION.
  .
  DEFENDANT WAIVES TIME.
  COUNSEL JOINS IN THE WAIVERS.
  .
  CRUZ AND CUNNINGHAM ADVISEMENT AND WAIVERS ARE TAKEN FROM THE
  DEFENDANT.
  .
  COUNSEL JOINS IN THE WAIVERS.
  .
  DEFENDANT IS CONDITIONALLY RELEASED TO THE LOS ANGELES
  TRANSITION CENTER. RELEASE ORDER NUMBER AN061190 IS ISSUED.
  .
  DEFENDANT IS TO BE TRANSPORTED VIA LOS ANGELES COUNTY SHERIFF'S
  TO THE LOS ANGELES TRANSITION CENTER.
  .
  TRANSPORT ORDER ATTACHED TO THE CONDITIONAL RELEASE ORDER.
  .
  EARLY DISPOSITION CRIMINAL HISTORY ASSESSMENT REPORT X01931362
  IS RECEIVED, FILED AND PLACED IN THE CONFIDENTIAL ENVELOPE
  WITHIN THE COURT FILE.
  .
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
11/12/13   830 AM   PROBATION AND SENTENCE HEARING    DIST CRIM JUSTICE CTR (LAC)
DEPT 050

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE
CUSTODY STATUS: DEFENDANT RELEASED.


ON 11/14/12 AT  800 AM :

  DECLARATION AND ORDER RE FEES FOR ALL COURT APPOINTMENTS FILED
  AND SIGNED THIS DATE BY JUDGE DAVID HORWITZ.
  THE COURT AUTHORIZES PAYMENT OF $100.00 TO M & L ASSESSMENTS,
  MICHAEL MENDOZA.
  .

  SERIAL CLAIM NUMBER D378630 SUBMITTED TO P.A.C.E. FOR PROCESSING
PROBATION AND SENTENCE HEARING


ON 11/26/12 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR ADVANCEMENT
PARTIES: DAVID M. HORWITZ (JUDGE)  LORRAINE VALDEZ  (CLERK)
        JANICE CORRADI       (REP)  DENNIS POEY  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JERI POLEN ALTERNATE PUBLIC
  DEFENDER
  TERMINATION LETTER IS RECEIVED FROM THE LOS ANGELES TRANSITION
  CENTER INDICATING THAT THE DEFENDANT ENTERED THEIR PROGRAM ON
  11-16-12 AND WAS TERMINATED ON 11-22-12 FOR BEING A.W.O.L. .
  .
  THE DEFENDANT REQUESTS A CHANGE OF RESIDENTIAL DRUG TREATMENT
  PROGRAMS.

CASE NO. BA403850                          PAGE NO.    5
DEF NO.  01                                DATE PRINTED 02/19/16

THE COURT ALLOWS THE DEFENDANT TO TRANSFER FROM THE LOS ANGELES
TRANSITION PROGRAM TO THE FIRST TO SERVE DRUG PROGRAM.

SENTENCING DATE OF 11-12-13 REMAINS SET IN DEPARTMENT 50.

DEFENDANT ADMONISHED TO REMAIN IN THIS PROGRAM AND RETURN FOR
SENTENCING ON THE INDICATED DATE.

COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE

ON 01/22/13 AT  900 AM :

    THE COURT RECEIVES A FAX'D COPY OF TERMINATION LETTER FROM THE
    LOS ANGELES TRANSITION CENTER.

    THE DEFENDANT ENTERED THEIR PROGRAM ON 11-16-12 AND WAS
    TERMINATED ON 01-20-13 FOR BEING IN NON-COMPLIANCE WITH THEIR
    RULES AND REGULATIONS.

    THE DEFENDANT LEFT THEIR FACILITY WITHOUT AUTHORIZATION AS OF
    JANUARY 18, 2013. MR. BARNETT IS "AWOL"

    MATTER IS ADVANCED FROM THE DATE OF 11-12-13 TO THE DATE OF
    01-23-13 IN DEPARTMENT 50 FOR COURTS CONSIDERATION.

NEXT SCHEDULED EVENT:
    01/23/13   830 AM  ADVANCEMENT   DIST CRIM JUSTICE CTR (LAC) DEPT 050


ON 01/23/13 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050


CASE CALLED FOR ADVANCEMENT
PARTIES: CRAIG RICHMAN (JUDGE)  LORRAINE VALDEZ  (CLERK)
              LAUREN ENGEL       (REP)  DENNIS POEY  (DA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY JERI POLEN ALTERNATE
    PUBLIC DEFENDER
    THE COURT REVIEWS THE TERMINATION LETTER FROM THE LOS ANGELES
    TRANSITION CENTER.

    BASED ON THE CONTENTS OF THE LETTER INDICATING THE DEFENDANT IS
    NO LONGER IN RESIDENTIAL DRUG TREATMENT, THE COURT REVOKES HIS
    O.R. STATUS AND ISSUES A BENCH WARRANT IN THE AMOUNT OF NO BAIL.

    CHRIS HEINEKE VERIFIES THAT THE DEFENDANT IS NOT IN THE "FIRST
    TO SERVE DRUG TREATMENT PROGRAM".

CASE NO. BA403850                          PAGE NO.   6
DEF NO.  01                                DATE PRINTED 02/19/16

NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED

01/23/13 BENCH WARRANT IN THE AMOUNT OF NO BAIL BY ORDER OF JUDGE CRAIG RICHMAN
         ISSUED. (01/23/13).


ON 02/14/13 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: DAVID M. HORWITZ (JUDGE)  LORRAINE VALDEZ  (CLERK)
         JANICE CORRADI     (REP)  DENNIS POEY (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JERI POLEN ALTERNATE PUBLIC
  DEFENDER
  THE DEFENDANT IS PRESENT IN CUSTODY AS A BENCH WARRANT PICK-UP
  UNDER BOOKING NUMBER 3460957.
  .

  BENCH WARRANT THAT WAS PREVIOUSLY ISSUED IS RECALLED AND QUASHED
  .
  THE COURT ALLOWS THE DEFENDANT ANOTHER OPPORTUNITY TO COMPLETE
  THE RESIDENTIAL DRUG TREATMENT PROGRAM.
  .
  COURT ADMONISHES THE DEFENDANT THAT THIS IS HIS LAST CHANCE AND
  THAT IF HE FAILS TO COMPLETE THE PROGRAM, HE WILL BE SERVING
  TIME IN PRISON.
  .
  DEFENDANT IS ORDERED TO RETURN TO THIS DEPARTMENT ON 11-12-13 AT
  8:30 A.M. WITH PROOF OF COMPLETION.
  .
  THE DEFENDANT IS RELEASED ON HIS OWN RECOGNIZANCE.
  .
  RELEASE ORDER NUMBER AU000014 IS ISSUED.
  .
  THE DEFENDANT IS ORDERED TO REPORT TO THE LOS ANGELES TRANSITION
  CENTER IMMEDIATELY UPON RELEASE.
  .
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

  -ENROLL IN AN INPATIENT RESIDENTIAL TREATMENT PROGRAM FOR DRUGS.
  -OBEY ALL RULES AND REGULATIONS OF THE PROGRAM.
  -REMAIN IN THE PROGRAM UNTIL AUTHORIZED FOR RELEASE BY THE
    PROGRAM DIRECTOR, PROBATION OFFICER, OR AN ORDER OF THE COURT.
    THE PROGRAM DIRECTOR TO NOTIFY THE COURT IF THE DEFENDANT DOES
    NOT COMPLY.
NEXT SCHEDULED EVENT:
  11/12/13   830 AM  PROBATION AND SENTENCE HEARING   DIST CRIM JUSTICE CTR
    (LAC) DEPT 050

02/14/13 BENCH WARRANT IN THE AMOUNT OF NO BAIL   RECALLED. (02/14/13).

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE
CUSTODY STATUS: DEFENDANT RELEASED.


ON 05/30/13 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR MISCELLANEOUS
PARTIES: DAVID M. HORWITZ (JUDGE)  MIRIAM GONZALEZ  (CLERK)

```
CASE NO. BA403850                              PAGE NO.  7
DEF NO.  01                                    DATE PRINTED 02/19/16
```

              JANICE CORRADI      (REP)  DENNIS POEY  (DA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY JERI POLEN ALTERNATE
  PUBLIC DEFENDER
THE COURT HAS READ AND CONSIDERED THE LETTER OF TERMINATION
RECEIVED FROM THE LOS ANGELES TRANSITION CENTER INFORMING THE
COURT THE DEFENDANT ABANDONED DRUG TREATMENT PROGRAM.

THE COURT ORDERS CONDITIONAL O.R. REVOKED.

BENCH WARRANT IS ISSUED.

BAIL IS SET AT NO BAIL.

NEXT SCHEDULED EVENT:
BENCH/WARRANT ISSUED

05/30/13 BENCH WARRANT IN THE AMOUNT OF NO BAIL BY ORDER OF JUDGE DAVID M.
    HORWITZ ISSUED. (05/30/13).



ON 07/24/13 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: RENEE F. KORN (JUDGE)  LORRAINE VALDEZ  (CLERK)
              MARY LU MURPHY      (REP)  DENNIS POEY  (DA)
THE DEFENDANT IS PRESENT(IN LOCK UP) AND REPRESENTED BY JERI POLEN ALTERNATE
  PUBLIC DEFENDER
BAIL SET AT NO BAIL
  THE DEFENDANT IS PRESENT IN CUSTODY AS A BENCH WARRANT PICK-UP
  UNDER BOOKING NUMBER 3630220

BENCH WARRANT THAT WAS PREVIOUSLY ISSUED IS RECALLED AND QUASHED

FURTHER PROCEEDINGS SET FOR THE DATE OF 07-26-13 IN DEPARTMENT
50 AT 8:30 A.M. .

BAIL REMAINS SET AT NO BAIL
REMAND ORDER IS ISSUED.


COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  07/26/13   830 AM  FURTHER PROCEEDINGS   DIST CRIM JUSTICE CTR (LAC) DEPT 050

07/24/13 BENCH WARRANT IN THE AMOUNT OF NO BAIL   RECALLED. (07/24/13).

CUSTODY STATUS: REMANDED TO CUSTODY


ON 07/26/13 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: RENEE F. KORN (JUDGE)  MIRIAM GONZALEZ  (CLERK)
              YVETTE BURLEY      (REP)  DENNIS POEY  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JERI POLEN ALTERNATE PUBLIC
  DEFENDER
  THE DEFENDANT IS CONDITIONALLY RELEASED TO ENROLL IN AND
  COMPLETE A  RESIDENTIAL TREATMENT PROGRAM  AT " 2ND CHANCE

CASE NO. BA403850
DEF NO.  01

PAGE NO.   8
DATE PRINTED 02/19/16

TO RECOVERY".

DEFENDANT IS TO BE TRANSPORTED TO LIVE-IN PROGRAM BY THE
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT .  ORDER TO
TRANSPORT THE DEFENDANT IS SIGNED AND FILED.

CONDITIONAL RELEASE ORDER AN072119 ISSUED.

MATTER CONTINUED TO 01/24/14 AT 8: 30 A.M. IN DEPARTMENT 50
FOR PROBATION AND SENTENCE HEARING

DEFENDANT WAIVES TIME FOR SENTENCE.
COUNSEL JOINS IN THE TIME WAIVER.

-- ENTRY BY S. CHAKRYAN --

COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  01/24/14   830 AM   PROBATION AND SENTENCE HEARING    DIST CRIM JUSTICE CTR
    (LAC) DEPT 050

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE

ON 09/04/13 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR ADVANCEMENT
PARTIES: DAVID M. HORWITZ (JUDGE)  MIRIAM GONZALEZ  (CLERK)
            JANICE CORRADI       (REP)  DENNIS POEY  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JERI POLEN ALTERNATE PUBLIC
  DEFENDER
CASE ADVANCED FROM THE DATE OF 01/24/14.

COURT AUTHORIZED FOR DEFENDANT TO BE TRANSFERRED TO HARBOR AREA
TREATMENT CENTER.  DEFENDANT IS TO FOLLOW RULES AND REGULATIONS
AND COMPLETE THE PROGRAM.

MATTER REMAINS SET FOR 01/24/14 AT 8:30 A.M. IN DEPARTMENT 50
FOR PROBATION AND SENTENCING.

*****ENTERED BY A. APODACA*******
COURT ORDERS AND FINDINGS:
-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR

ON 01/24/14 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR PROBATION AND SENTENCE HEARING
PARTIES: RENEE F. KORN (JUDGE) LORRAINE VALDEZ    (CLERK)
            GENEVIEVE ORONA  (REP)    DENNIS POEY  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JERI POLEN ALTERNATE PUBLIC
  DEFENDER
DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE

CASE NO. BA403850                               PAGE NO.   9
DEF NO.  01                                     DATE PRINTED 02/19/16

    WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
    JUDGMENT:
AS TO COUNT   (01):
IMPOSITION OF SENTENCE SUSPENDED
DEFENDANT PLACED ON FORMAL PROBATION
    FOR A PERIOD OF 003 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:
    SERVE 365 DAYS IN LOS ANGELES COUNTY JAIL
        LESS CREDIT FOR 365 DAYS
    PLUS $40.00 COURT OPERATIONS ASSESSMENT (PURSUANT TO 1465.8(A)(1) P.C.)
        $30.00 CRIMINAL CONVICTION ASSESSMENT (PURSUANT TO 70373 G.C.)
        TOTAL DUE: $70.00
    IN ADDITION:
    -OBEY ALL RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.
    -DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN 48 HOURS OF
      RELEASE FROM THE COURT.

      THE DEFENDANT IS ORDERED TO REPORT TO THE ASCOT INTAKE PROBATION
      OFFICE LOCATED IN THIS BUILDING ON THE 3RD FLOOR, ROOM 3-516.


    -COOPERATE WITH THE PROBATION OFFICER WITH THE TERMS AND
      CONDITIONS OF PROBATION.

    -SEEK AND MAINTAIN TRAINING, SCHOOLING OR EMPLOYMENT AS APPROVED
      BY THE PROBATION OFFICER.
    -MAINTAIN RESIDENCE AS APPROVED BY THE PROBATION OFFICER.
    -KEEP PROBATION OFFICER ADVISED OF YOUR RESIDENCE AND WORK AND
      HOME TELEPHONE NUMBERS AT ALL TIMES.
    -SUBMIT YOUR PERSON AND PROPERTY TO SEARCH AND SEIZURE AT ANY
      TIME OF THE DAY OR NIGHT, BY ANY PROBATION OFFICER OR OTHER
      PEACE OFFICER, WITH OR WITHOUT A WARRANT, PROBABLE CAUSE OR
      REASONABLE SUSPICION.
    -NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
      INCLUDING ANY FIREARMS, KNIVES OR OTHER CONCEALABLE WEAPONS.

    -DO NOT USE OR POSSESS ANY NARCOTICS, DANGEROUS OR RESTRICTED
      DRUGS OR ASSOCIATED PARAPHERNALIA, EXCEPT WITH A VALID
      PRESCRIPTION AND STAY AWAY FROM PLACES WHERE USERS OR SELLERS
      CONGREGATE.  DO NOT ASSOCIATE WITH DRUG USERS OR SELLERS
      UNLESS ATTENDING A DRUG TREATMENT PROGRAM.

    -SUBMIT TO PERIODIC CONTROLLED SUBSTANCE TESTING WHEN REQUESTED
      BY THE PROBATION OFFICER OR ANY OTHER PEACE OFFICER.
    -REGISTER AS A CONVICTED NARCOTICS OFFENDER, CARRY PROOF OF
      REGISTRATION AT ALL TIMES, DISPLAY REGISTRATION TO ANY LAW
      ENFORCEMENT OFFICER UPON REQUEST.
    COURT ORDERS AND FINDINGS:
    -PAY $50.00 LAB INCREMENT FEE (11372.5 H&S, LAB ANALYSIS),
      PAYABLE THROUGH THE PROBATION DEPARTMENT IN SUCH A MANNER AS
      THEY PRESCRIBE.

    -THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
      1202.4(B) PENAL CODE IN THE AMOUNT OF $300.00, PAYABLE THROUGH
      THE PROBATION DEPARTMENT IN SUCH A MANNER AS THEY PRESCRIBE.

    -DEFENDANT IS ORDERED TO PAY A PROBATION REVOCATION RESTITUTION

CASE NO. BA403850
DEF NO.  01

PAGE NO.  10
DATE PRINTED 02/19/16

FINE PURSUANT TO PENAL CODE SECTION 1202.44, IN THE AMOUNT OF
$300.00
.
THIS FINE SHALL BECOME EFFECTIVE UPON THE REVOCATION OF
PROBATION.
.
-PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE
BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT
IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL
SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT
IDENTIFICATION.
-DEFENDANT ACKNOWLEDGES TO THE COURT THAT THE DEFENDANT
UNDERSTANDS AND ACCEPTS ALL THE PROBATION CONDITIONS, AND
DEFENDANT AGREES TO ABIDE BY SAME.
-STIPULATED THAT ANY MODIFICATIONS/VIOLATIONS OF PROBATION ARE
ARE TO BE HEARD IN DEPARTMENT 129.
.
OBEY ALL LAWS AND FURTHER ORDERS OF THE COURT.

DRUG SPECIALIST, KENNY COBO IS PRESENT IN COURT AND VERIFIED
PROOF OF COMPLETION OF THE DRUG PROGRAM AND STATES THE DEFENDANT
IS STILL IN THE PROGRAM.
.
PURSUANT TO THE OPEN PLEA AGREEMENT, THE COURT STRIKES THE
PRIORS AND ALLEGATIONS AS ALLEGED IN THE COMPLAINT.
.
THE DEFENDANT IS GIVEN CREDIT FOR TIME SERVED IN THE
RESIDENTIAL DRUG TREATMENT PROGRAM(S).
.
THE COURT ORDERS THE COSTS OF PROBATION WAIVED.
.
EARLY DISPOSITION CRIMINAL HISTORY ASSESSMENT REPORT X01931362
IS REVIEWED, FILED AND PLACED IN THE CONFIDENTIAL ENVELOPE
WITHIN THE COURT FILE.
.
FINGERPRINT FORM IS FILED AND PLACED IN THE COURT FILE.
.
COUNT (01): DISPOSITION: CONVICTED
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:

   PROBATION IN EFFECT

CUSTODY STATUS: ON PROBATION


ON 03/25/14 AT  800 AM :

  AN APPEARANCE PROBATION MODIFICATION HEARING IS CALENDARED FOR
  04/08/14 IN DEPT 129
       D. ANDERSON
NEXT SCHEDULED EVENT:
  04/08/14   830 AM  MODIFICATION OF PROBATION   DIST CRIM JUSTICE CTR (LAC)
     DEPT 529


ON 04/08/14 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 529

CASE CALLED FOR MODIFICATION OF PROBATION
PARTIES: JOSE I SANDOVAL (JUDGE) ELYSE GIFFORD   (CLERK)
             CHERYLE LEWIS  (REP)    JOY SUMABAT-GRAFF  (DA)

CASE NO. BA403850
DEF NO.  01

PAGE NO.  11
DATE PRINTED 02/19/16

THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND NOT REPRESENTED BY
   COUNSEL
   PROBATION REVOKED
AS TO COUNT  (01):
   COURT ORDERS BENCH WARRANT TO ISSUE, NO BAIL
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
   PROBATION REVOKED/BW ISSUED ·

04/08/14 BENCH WARRANT IN THE AMOUNT OF NO BAIL BY ORDER OF JUDGE JOSE I
   SANDOVAL ISSUED. (04/08/14).


ON 07/15/15 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT CLK

CASE CALLED FOR PETITION PER 1170.18(A) PC
PARTIES: NONE (JUDGE)  NONE  (CLERK)

              NONE      (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   APPLICATION/PETITION FOR RESENTENCING PURSUANT TO PENAL CODE
   SECTION 1170.18(A) AND (F) WAS FILED ON JULY 13,2015.
   .
   PROOF OF SERVICE WAS FILED ON JULY 13,2015.
   .
   APPLICATION/PETITION, PROOF OF SERVICE AND COURT FILE ARE
   FORWARDED TO DEPARTMENT 50.
   .
   ***TCIS ENTRY BY T. REED***
NEXT SCHEDULED EVENT:
   08/13/15   830 AM  PROPOSITION 47 PETITION HRG   DIST CRIM JUSTICE CTR (LAC)
      DEPT 050


ON 08/13/15 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050

CASE CALLED FOR PROPOSITION 47 PETITION HRG
PARTIES: DAVID M. HORWITZ (JUDGE)  LORRAINE VALDEZ  (CLERK)

              BOBBI NOLAN       (REP)  DENNIS POEY  (DA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   -- OUTSTANDING BENCH WARRANT --
   .
   COURT INITIALLY GRANTED THE REDUCTION TO A MISDEMEANOR PURSUANT
   TO PROPOSITION 47, BUT LATER PEOPLE OBJECTED BASED ON THE CASE
   BEING IN WARRANT STATUS.
   .
   THE PREVIOUS ORDER GRANTING PROPOSITION 47 IS VACATED.
   .
   PEOPLE REQUESTS AND THE COURT ORDERS THE DEFENDANT TO BE PRESENT
   IN COURT.
   .
   DEFENSE PETITION FOR REDUCTION PURSUANT TO PROPOSITION 47 IS
   DENIED, WITHOUT PREJUDICE.

CASE NO. BA403850
DEF NO.  01

PAGE NO.  12
DATE PRINTED 02/19/16

.
NOTICE IS MAILED, VIA U.S. MAIL, TO THE FOLLOWING ADDRESS:
.
MICHAEL S. CHERNIS
2425 OLYMPIC BLVD.
SUITE 4000-W
SANTA MONICA, CA
90404
.
WARRANT REMAINS OUTSTANDING.

NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR


ON 09/04/15 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT CLK


CASE CALLED FOR PETITION PER 1170.18(A) PC
PARTIES: NONE (JUDGE)  NONE  (CLERK)
              NONE     (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   APPLICATION/PETITION FOR RESENTENCING PURSUANT TO PENAL CODE
   SECTION 1170.18(A) AND (F) WAS FILED ON SEPTEMBER 03,2015.
   .
   PROOF OF SERVICE WAS FILED ON SEPTEMBER 03,2015.
   .
   APPLICATION/PETITION, PROOF OF SERVICE AND COURT FILE ARE
   FORWARDED TO DEPARTMENT 50.
   .
   ***TCIS ENTRY BY T. REED***
NEXT SCHEDULED EVENT:
   10/06/15   830 AM  PROPOSITION 47 PETITION HRG   DIST CRIM JUSTICE CTR (LAC)
      DEPT 050


ON 10/06/15 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 050


CASE CALLED FOR PROPOSITION 47 PETITION HRG
PARTIES: DAVID M. HORWITZ (JUDGE)  MIRIAM GONZALEZ  (CLERK)
              BOBBI NOLAN  (REP)      DENNIS POEY  (DA)
DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY MICHAEL S CHERNIS PRIVATE
   COUNSEL
COURT ORDERS COMPLAINT DEEMED AMENDED TO ALLEGE COUNT 01 AS A MISDEMEANOR
   PURSUANT TO PENAL CODE SECTION 1170.18 ET SEQ. AND COUNT SHALL PROCEED AS
   MISDEMEANOR.
   COURT ORDERS AND FINDINGS:
   -THE COURT HAS READ AND CONSIDERED THE DEFENDANT'S PROP. 47
      PETITION. THE COURT FINDS THAT THE DEFENDANT WAS CONVICTED OF
      COUNT 01 , A VIOLATION OF 11350(A)HS , A FELONY, WHICH IS A
      MISDEMEANOR UNDER PROP. 47. THE COURT FINDS THAT THE DEFENDANT
      IS ELIGIBLE AND SUITABLE FOR RELIEF. PURSUANT TO PENAL CODE
      SECTION 1170.18(B), DEFENDANT'S FELONY SENTENCE AS TO COUNT 01

```
CASE NO. BA403850                      PAGE NO.  13
DEF NO.  01                            DATE PRINTED 02/19/16
```

     IS RECALLED AND SET ASIDE, AND A MISDEMEANOR SENTENCE IS IMPOSED
NEXT SCHEDULED EVENT:
   SENTENCING
PROBATION TERMINATED
AS TO COUNT  (01):
   COUNSEL TO NOTICE THE DEFENDANT.

DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
   PROCEEDINGS TERMINATED

10/06/15 BENCH WARRANT IN THE AMOUNT OF NO BAIL   RECALLED. (10/08/15).


ON 10/22/15 AT  900 AM  IN CRIM JUSTICE CTR (LAC) DEPT CLK

CASE CALLED FOR SUBSEQUENT ADR SUBMITTED

PARTIES: NONE (JUDGE)  NONE  (CLERK)
               NONE      (REP)  NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
   10/06/15 PROCEEDINGS REPORTED.

   ENTRY MADE BY D. WILLIAMS
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED