Exhibit 1

**Linesheet - Minimization Details**                                    User:   Minh Truong

| Case: 245D-LA-256619 | Target: Tyrine Martinez | Line: 323-480-▓▓ Sprint |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Session:** 7471 | **Times minimized:** | 1 | **Associate Number:** | (323) 399-▓▓ |
| **Start Time:** 19:29:50 PST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | rfotto |
| **Stop Time:** 19:30:58 PST | **Duration monitored:** | | **In/Out Digits:** | 323399▓▓ |
| **Date:** 02/01/2013 PST | **Total Duration:** | 00:01:08 | **Subscriber:** | |
| **Direction:** Outgoing | **Participants:** | Martinez, Tyrine | | |
| | | Sumpter Sr., Roosevelt | | |

### Comments

### Synopsis

O/G
  TM calls RS.   TM tells RS that "Baby Ang" just came and want to buy narcotics.

RS: Hello!
TM: Hey, Baby Ang just came and he was suppose to ...
RS: Yea, what was he talking about?"
TM:  what were you going to throw him?
RS: Whats up with Pound cause everyone got to go that way.  They can't just you know what I mean.
TM: Yeah, I know, I know.
RS: Yeah, yeah.
TM: But I men...
RS: Call Pound up and see where he's at.  RS says he was around there.  RS says to see whats going on with him and then we can get it over there that way they can just stay around there instead of...
TM: What i was going to say...just what I got if you want me to..Idont know, but.
RS: Alright.
TM: Let me hit Pound.

TM
RS
CH
Robert Barnett

RFO

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 19:29:50 PST |

| | | | | |
|---|---|---|---|---|
| **Session:** 7472 | **Times minimized:** | 1 | **Associate Number:** | (323) 402-▓▓ |
| **Start Time:** 19:31:58 PST | **Duration minimized:** | 00:00:00 | **Monitor ID:** | rfotto |
| **Stop Time:** 19:32:51 PST | **Duration monitored:** | | **In/Out Digits:** | 323402▓▓ |
| **Date:** 02/01/2013 PST | **Total Duration:** | 00:00:53 | **Subscriber:** | |
| **Direction:** Outgoing | **Participants:** | Hall, aka "Duce Pound.", Cameron | | |
| | | Martinez, Tyrine | | |

### Comments

### Synopsis

O/G
TM calls CH and asks CH where he's at.  CH says he's on the 6.  TM asks CH what he's got right now.  TM asks if CH has a ball left.
Says he's he's got something.  CH says he's about to turn in.  TM asks if he's finished.  CH says he's almost.  TM says he'll be right here so they can come to him.  Call drops.

TM

GR015109

**Linesheet - Minimization Details**                                    User:   Minh Truong

| Case: | 245D-LA-256619 | Target: | Tyrine Martinez | | Line: | 323-480-☐ | Sprint |
|---|---|---|---|---|---|---|---|

| Minimization Event | | Time | |
|---|---|---|---|
| Minimize On (System) | | 19:37:15 PST | |

| Session: | 7486 | Times minimized: | 1 | Associate Number: | (818) 357-☐ |
|---|---|---|---|---|---|
| Start Time: | 19:37:50 PST | Duration minimized: | 00:00:00 | Monitor ID: | rfotto |
| Stop Time: | 19:38:42 PST | Duration monitored: | | In/Out Digits: | 818357☐ |
| Date: | 02/01/2013 PST | Total Duration: | 00:00:52 | Subscriber: | |
| Direction: | Outgoing | Participants: | Martinez, Tyrine | | |
| | | | Sumpter SR, aka "Tu Tu.", Roosevelt | | |

### Comments

### Synopsis

OUTGOING

TM asks RS if he can hear him.  RS says he can hear him now.  ==TM says that Cameron Hall (Pound) is basically done== and is going going to turn in in a minute.  ==RS asks where Ange (Baby Ang) at?==  TS says Ange is right here.  RS asks if Mike ever come.  ==TM says he did and he gave him 3 and then I that and then I have a 4.  RS says you can give that to Ange (Baby Ang).==  RS says that will be extra 15-18 Waz.

TM
RS
CH
Baby Ang
Michael Amos

RFO

| Minimization Event | | Time | |
|---|---|---|---|
| Minimize On (System) | | 19:37:50 PST | |

| Session: | 7487 | Times minimized: | 1 | Associate Number: | |
|---|---|---|---|---|---|
| Start Time: | 19:41:50 PST | Duration minimized: | 00:00:00 | Monitor ID: | |
| Stop Time: | 19:41:59 PST | Duration monitored: | | In/Out Digits: | |
| Date: | 02/01/2013 PST | Total Duration: | 00:00:09 | Subscriber: | |
| Direction: | Incoming | Participants: | Martinez, Tyrine | | |

### Comments

### Synopsis

| Minimization Event | | Time | |
|---|---|---|---|
| Minimize On (System) | | 19:41:50 PST | |

| Session: | 7488 | Times minimized: | 1 | Associate Number: | |
|---|---|---|---|---|---|
| Start Time: | 19:57:17 PST | Duration minimized: | 00:00:00 | Monitor ID: | |
| Stop Time: | 19:57:24 PST | Duration monitored: | | In/Out Digits: | |
| Date: | 02/01/2013 PST | Total Duration: | 00:00:07 | Subscriber: | |
| Direction: | Incoming | Participants: | Martinez, Tyrine | | |

### Comments

GR015115