# Exhibit 2



| | |
|---|---|
| Id | |
| Taken | 2014-01-24 17:10:58 UTC |
| Status | 0 - Active |
| Url | |
| Source | Android Share Intent |
| Filter | 0 - Normal |
| Upload Ip | |
| Is Published | true |
| Shared By | true |
| Author | |
| Caption | |
| Id | |
| Date Created | 2014-01-24 17:10:58 UTC |
| Status | Active |
| Text | At court finishing my last open charge. How they gone put "drug |

| Instagram Business Record | Page 74 |
|---|---|

| | | |
|---|---|---|
| **Comments** | User Id | charges" on a King Pin!!! |
| | Date Created | 2014-01-24 17:12:34 UTC |
| | Status | Active |
| | Text | Gøød luck løkø |
| | | |
| | User Id | |
| | Date Created | 2014-01-24 17:17:37 UTC |
| | Status | Active |
| | Text | @babyangel52 Prayers Gng Up |



GR027654